# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

PATRICIA MERKOVICH,

               Plaintiff,

v.

ENCORE RECEIVABLE MANAGEMENT,
INC.,

               Defendant.

Case No. 16-CV-1408-JPS

## ORDER

On October 19, 2016, Plaintiff filed a complaint against Defendant, alleging violations of the Fair Debt Collection Practices Act. (Docket #1). The record does not reflect that Defendant has been served with process. On December 7, 2016, Plaintiff filed a notice of voluntary dismissal with prejudice and without costs to any party. (Docket #5). The Court will adopt that notice of dismissal. *See* Fed. R. Civ. P. 41(a)(1)(A)(i).

Accordingly,

**IT IS ORDERED** that Plaintiff's notice of voluntary dismissal (Docket #5) be and the same is hereby **ADOPTED**; this action be and the same is hereby **DISMISSED with prejudice** and without costs or attorney's fees to any party.

Dated at Milwaukee, Wisconsin, this 8th day of December, 2016.

BY THE COURT:

J.P. Stadtmueller
U.S. District Judge